UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARCUS ARVELLOS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-121 (GK) |
| | : | |
| **AMERICAN INTERNATIONAL** | : | |
| **HEALTH ALLIANCE - AIHA,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

In accordance with the Rules of the Court, Plaintiff must, no later than February 15, 2006, file with the Court his telephone number and a signed original Complaint.

**SO ORDERED**, this 25th day of January, 2006.


/s/
Gladys Kessler
United States District Judge

**Copies to:**

Marcus Arvellos
2123 10th Street, N.W.
Washington, D.C.  20001