UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                             )
**MARCUS ARVELLOS,**         )
                             )
        **Plaintiff,**       )
                             )
    v.                       )   Civil Action No. 06-121 (GK)
                             )
**AMERICAN INTERNATIONAL HEALTH** )
**ALLIANCE,** et al.,        )
                             )
        **Defendants.**      )
_____)

## ORDER

On March 24, 2006, Plaintiff filed his Amended Complaint against Defendants American International Health Alliance and Barbara P. Brocker. To date, Plaintiff has failed to effect service on Defendants or take any other action to move the above-captioned case forward. When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice...or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **August 15, 2007,** why the Amended Complaint should not be dismissed for failure to prosecute.

July 31, 2007

/s/
Gladys Kessler
United States District Judge

**Copy to:**

Marcus Arvellos
2123 10th Street, N.W.
Washington, D.C. 20001