```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**MARCUS ARVELLOS**,              )
                              )
       **Plaintiff**,       )
                              )
  v.                          )   **Civil Action No. 06-121 (GK)**
                              )
**AMERICAN INTERNATIONAL HEALTH** )
**ALLIANCE**, <u>et al</u>.,          )
                              )
       **Defendants**.      )
_____)

<u>**ORDER**</u>

On July 31, 2007, the Court issued an Order for Plaintiff to show cause why this case should not be dismissed for failure to serve any of the Defendants by August 15, 2007. As Plaintiff has failed to respond, it is hereby

**ORDERED** that this case is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 4(m). This is a final appealable Order. <u>See</u> Fed. R. App. P. 4(a).


August 20, 2007                    /s/
                                   Gladys Kessler
                                   United States District Judge

**Copy to:**

Marcus Arvellos
2123 10th Street, N.W.
Washington, D.C. 20001